■ In the Matter of EDWARD R. HALLENBECK, JR., Individually, as Supervisor and on Behalf of the Town of Van Buren, Appellant, v ONONDAGA COUNTY RESOURCE RECOVERY AGENCY, Respondent. [639 NYS2d 627] ■

■ Memorandum: Supreme Court properly dismissed the petition seeking to compel respondent, Onondaga County Resource Recovery Agency (OCRRA), to prepare a supplemental environmental impact statement (SEIS). OCRRA is the "lead agency" for the purposes of the State Environmental Quality Review Act (SEQRA) in the development of a County landfill site (*see,* 6 NYCRR 617.6 [b]). In determining the sufficiency of a SEQRA review, the court's role is limited to whether "the agency has identified the relevant areas of environmental concern, taken a 'hard look' at them, and made a reasoned elaboration of the basis for its determination" (*Matter of Neville v Koch,* 79 NY2d 416, 424-425; *see, e.g., H.O.M.E.S. v New York State Urban Dev. Corp.,* 69 AD2d 222, 232). If the agency has reached its determination in some reasonable fashion, "the court is not permitted to second-guess the agency's choice" (*Matter of Schiff v Board of Estimate,* 122 AD2d 57, 59, *lv denied* 69 NY2d 604; *see, Matter of Jackson v New York State Urban Dev. Corp.,* 67 NY2d 400, 417). We conclude that OCRRA "took the requisite 'hard look' at the possible and probable environmental effects of the proposed landfill" (*Residents of Bergen Believe in Envt. & Democracy v County of Monroe,* 159 AD2d 81, 84, *appeal dismissed* 76 NY2d

936, *lv denied* 77 NY2d 803; *see, Matter of Schodack Concerned Citizens v Town Bd.*, 148 AD2d 130, 134-135, *lv denied* 75 NY2d 701) and that petitioner did not present new information to compel the preparation of a SEIS (*see,* 6 NYCRR 617.8 [g]; *cf., Glen Head—Glenwood Landing Civic Council v Town of Oyster Bay*, 88 AD2d 484). (Appeal from Judgment of Supreme Court, Onondaga County, Mordue, J.—CPLR art 78.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.